IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neil Rose,<br><br>           Plaintiff,<br><br>vs.<br><br>Konica Minolta Business Solutions, U.S.A., Inc.,<br><br>           Defendant. | No.  CV-14-00102-PHX-SPL<br><br>**ORDER** |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's August 14, 2014 Order (Doc. 35),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 17th day of September, 2014.

                                                    Honorable Steven P. Logan<br>                                                    United States District Judge