<u>**EXHIBIT A**</u>

Stephen B. Coleman (State Bar #021715)
**JACKSON LEWIS P.C.**
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
Tel. (602) 714-7044
Fax (602) 714-7045
Stephen.Coleman@jacksonlewis.com
Attorneys for Defendant

Kristin D. Sostowski
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Tel. (973) 596-4500
Fax (973) 639-6342
ksostowski@gibbonslaw.com
(Admitted *Pro Hac Vice*)
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Neil Rose,<br><br>        Plaintiff,<br><br>vs.<br><br>Konica Minolta Business Solutions U.S.A., Inc.,<br><br>        Defendant. | Case No:  2:14-cv-00102-SRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE & WITHOUT EXPENSES** |

    **THIS MATTER** has been amicably resolved by all Parties, and it is stipulated and agreed that Plaintiff's claims against Defendant be dismissed in their entirety with prejudice and without attorneys' fees and/or expenses against Defendant.  This document closes the case.

#2121708 v5
106942-85080

By: _____

"Trey" A.R. Dayes, III, Esq.

**PHILLIPS DAYES NATIONAL
EMPLOYMENT LAW FIRM PC**

3101 North Central Avenue, Suite 1500
Phoenix, AZ 85012
Tel: (602) 258-8900
Fax: (602) 288-1664
*Attorneys for Plaintiff Neil Rose*

Dated: _August 21_, 2014

By: _____

Kristin D. Sostowski, Esq.

**GIBBONS P.C.**

One Gateway Center
Newark, NJ 07102-5310
Tel: (973) 596-4500
Fax: (973) 596-4545
*Attorneys for Defendant Konica Minolta
Business Solutions U.S.A., Inc.*

Dated: _September 25_, 2014

#2121708 v5
106942-85080