IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neil Rose,<br><br>            Plaintiff,<br><br>vs.<br><br>Konica Minolta Business Solutions, U.S.A., Inc.,<br><br>            Defendant. | No. CV-14-00102-PHX-SPL<br><br>**ORDER** |

On September 25, 2014, the parties filed a Stipulation of Dismissal (Doc. 37). This case having been dismissed on September 17, 2014,

**IT IS ORDERED** that the parties' Stipulation of Dismissal (Doc. 37) is **denied** as moot.

Dated this 26th day of September, 2014.

Honorable Steven P. Logan
United States District Judge